**BOHN & BOHN LLP**
ROBERT H. BOHN, ESQ. - State Bar #36283
152 North Third Street, Suite 200
San Jose, California 95112
Telephone: (408) 279-4222
Fax No.: (408) 295-2222

**E-filed 8/3/05**

Attorneys for Plaintiff CHIARA J. KLAVER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHIARA J. KLAVER, <br><br> Plaintiff, <br><br> v. <br><br> UNUM PROVIDENT INSURANCE COMPANY, a corporation, UNUM LIFE INSURANCE COMPANY OF AMERICA, a corporation, <br><br> Defendants. | No. C04 03381 JF <br><br><br> **STIPULATION OF DISMISSAL AND ORDER THEREON** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1). Each party to bear their own costs and attorneys' fees.

Dated: August 1, 2005

BOHN & BOHN

BY: ROBERT H. BOHN, ESQ.
Attorney for Plaintiff
CHIARA J. KLAVER

///

///

| | | |
|---|---|---|
| 1 | Dated: August 2, 2005 | RIMAC & MARTIN, P.C. |
| 2 | | |
| 3 | | BY: /s/<br>ANNA M. MARTIN, ESQ.<br>Attorney for Defendant |
| 4 | | UNUM LIFE INSURANCE COMPANY<br>OF AMERICA |

IT IS SO ORDERED.

Dated: 8/3/05

/s/electronic signature authorized

JEREMY FOGEL
UNITED STATES ~~MAGISTRATE~~
　　　　　　　　DISTRICT COURT JUDGE

STIPULATION OF DISMISSAL AND ORDER THEREON

2